**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KATHLEEN P. YOUNG,**

       **Plaintiff,**

-vs-                                    **Case No. 6:10-cv-201-Orl-28DAB**

**HILTON GRAND VACATIONS CLUB, LLC, HILTON GRAND VACATIONS COMPANY, LLC,**

       **Defendants.**

_____

# ORDER

This case is before the Court on the Parties' Joint Motion for Approval of Settlement (Doc. No. 22) filed December 3, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Report and Recommendation (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 6, 2010 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Parties' Joint Motion for Approval of Settlement (Doc. No. 22) is **GRANTED.**

3. The settlement is approved as a fair and reasonable resolution of a bona fide dispute over the Fair Labor Standard Act issues.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3rd__ day of January, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge